|   |   |   |
|---|---|---|
| 1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP**<br>Susan G. Lovelace, State Bar No. 160913 | |
| 2 | Denise E. Carter, State Bar No. 249774<br>225 South Lake Avenue, Suite 200 | |
| 3 | Pasadena, California 91101-3030<br>Telephone: (626) 449-1882 | J S - 6 |
| 4 | Facsimile: (626) 449-1958<br>carter@luch.com | |
| 5 | Counsel for Plaintiffs, Trustees of the Southern California<br>IBEW-NECA Pension Plan, et al.,. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE INLAND EMPIRE LABOR MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL INDUSTRY FUND, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, CONTRACT COMPLIANCE FUND, and ADMINISTRATIVE MAINTENANCE FUND,<br><br>          Plaintiffs,<br><br>     vs. | CASE NO.: CV08-03951 R (AGRx)<br><br>**JUDGMENT** |

-1-

**[PROPOSED] JUDGMENT**

164732.1

| | |
|---|---|
| 1 | THORP ELECTRIC, CO., a California corporation, |
| 2 | |
| 3 | Defendant. |

Plaintiffs' motion for default judgment came on regularly for hearing on November 17, 2008, in the above-referenced Court, the Honorable Mariana R. Pfaelzer, United States District Judge, presiding. Appearances were stated on the record. After full consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, if any:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Riverside County Electrical Health and Welfare Trust Fund, Trustees of the Riverside County Electrical Education and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the Inland Empire Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Industry Fund, the Los Angeles Electrical Workers Credit Union, Contract Compliance Fund and Administrative Maintenance Fund, shall recover from Thorp Electric, Co. ("Thorp") a California corporation, the principal amount of $78,911.10 (consisting of unpaid fringe benefit contributions of $62,255.44, prejudgment interest of $4,653.21, and liquidated damages

for delinquent contributions of $12,002.45), together with attorney's fees of $6,187.00, and costs of $437.79, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: November 17, 2008

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: October 21, 2008        **LAQUER URBAN CLIFFORD & HODGE LLP**

By:   /s/ Denise E. Carter
         Susan Graham Lovelace
         Denise E. Carter
Attorney for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.